# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | |
|---|---|
| **DONNA MAHONEY,** § | |
| *Plaintiff,* § | |
| § | |
| v. § | CIVIL ACTION NO. 4:15-cv-00875-O |
| § | |
| **LIFE INSURANCE COMPANY OF** § | |
| **NORTH AMERICA, CIGNA, CIGNA** § | |
| **GROUP INSURANCE, THE GROUP LIFE** § | |
| **AND HEALTH BENEFITS PLAN FOR** § | |
| **EMPLOYEES OF PARTICIPATING AMR** § | |
| **CORPORATION SUBSIDIARIES,** § | |
| **and AMERICAN AIRLINES, INC.** § | |
| *Defendants.* § | |

### NOTICE OF DISMISSAL OF ALL CLAIMS AGAINST CIGNA AND CIGNA GROUP INSURANCE WITHOUT PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Donna Mahoney files this Notice of Dismissal of All Claims Against Cigna and Cigna Group Insurance Without Prejudice, and in support thereof shows the Court as follows.

**I.**

Plaintiff no longer wishes to pursue claims against Cigna and Cigna Group Insurance ("Defendants") at this time. Therefore, Plaintiff provides notice of her dismissal of all claims brought herein against Cigna and Cigna Group Insurance.

**II.**

Wherefore, premises considered, Plaintiff hereby formally notifies all parties and the Court that all claims against Cigna and Cigna Group Insurance are hereby dismissed without prejudice.

.

        Respectfully submitted,

        *s/ Michael E. Heygood*
        MICHAEL E. HEYGOOD
        **HEYGOOD, ORR & PEARSON**
        State Bar No. 00784267
        michael@hop-law.com
        6363 North State Highway 161, Suite 450
        Irving, Texas 75038
        (214) 237-9001
        (214) 237-9002 (fax)

        **ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

      On December 10, 2015, I electronically submitted the foregoing document with the clerk of the court of the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court. I hereby certify that I will serve all counsel of record electronically or by other means authorized by the Court or the Federal Rules of Civil Procedure.

                                                 *s/ Michael E. Heygood*
                                                 Michael E. Heygood