UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **DONNA MAHONEY** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **LIFE INSURANCE COMPANY OF** | § | |
| **NORTH AMERICA, THE GROUP LIFE** | § | **CA 4:15-CV-00875-0** |
| **AND HEALTH BENEFITS PLAN FOR** | § | |
| **EMPLOYEES OF PARTICIPATING** | § | |
| **AMR CORPORATION SUBSIDIARIES** | § | |
| **and AMERICAN AIRLINES, INC.** | § | |

### AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Donna Mahoney and Defendants Life Insurance Company of North America, the Group Life and Health Benefits Plan for employees of Participating AMR Corporation Subsidiaries and American Airlines, Inc. pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1), file this Agreed Stipulation of Dismissal as follows:

### I.

Plaintiff Donna Mahoney ("Plaintiff") sued Life Insurance Company of North America, the Group Life and Health Benefits Plan for employees of Participating AMR Corporation Subsidiaries and American Airlines, Inc. ("Defendants").

### II.

Plaintiff asks this court to sign an order of dismissal on all of Plaintiff's claims against Defendants with prejudice to refiling same

### III.

All parties in this matter have conferred and agree to this Stipulation of Dismissal.

Respectfully submitted,

/s/ Michael E. Heygood

**Michael E. Heygood**
State Bar No. 00784267
**James Craig Orr, Jr.**
State Bar No. 15313550

**HEYGOOD, ORR & PEARSON**
6363 North State Highway 161, Suite 450
Irving, TX  75038
Telephone:(214) 237-9001
Facsimile: (214) 237-9002
E-mail:    michael@hop-law.com
              jim@hop-law.com

**COUNSEL FOR PLAINTIFF**

/s/ S. Wesley Butler

Cole B. Ramey
State Bar No. 16494980
Craig A. McDougal
State Bar No.: 13569850
S. Wesley Butler
State Bar No.: 24045593

**KILPATRICK TOWNSEND & STOCKTON LLP**
2001 Ross Avenue, Suite 4400
Dallas, Texas 75201
Tel:        (214) 922-7100
Fax:       (214) 922-7101
Email:    cramey@kilpatricktownsend.com
              cmcdougal@kilpatricktownsend.com
              wbutler@ kilpatricktownsend.com

**ATTORNEYS FOR DEFENDANTS**


**CERTIFICATE OF SERVICE**

I hereby certify a true and correct copy of the foregoing document has been served upon all counsel of record via electronic filing on this 30th day of August, 2016.


/s/ S. Wesley Butler